No. 475. SHEWAN, TOMES & CO., PETITIONER, *v.* MERCHANTS' BANKING COMPANY (LIMITED). January 9, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Harrington Putnam* and *Mr. Appleton L. Clark* for petitioner. *Mr. Frederick M. Brown* for respondent.

No. 471. THE CITY OF DAVENPORT, PETITIONER, *v.* WILLIAM RUSSELL ALLEN ET AL. January 16, 1905. Petition for writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Joe R. Lane* for petitioner. *Mr. Frederick N. Judson* for respondents.

No. 465. CHARLES W. MORSE ET AL., PETITIONERS, *v.* READING COMPANY, CLAIMANT, ETC. January 23, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. Eugene P. Carver* and *Mr. Edward E. Blodgett* for petitioners. *Mr. Robert M. Morse* and *Mr. Wm. M. Richardson* for respondents.

No. 488. AUGUSTUS L. SHAFFER, PETITIONER, *v.* THE UNITED STATES. January 23, 1905. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Henry E. Davis, Mr. Wilton J. Lambert* and *Mr. D. W. Baker* for petitioner. *The Attorney General* and *Mr. Solicitor General Hoyt* for respondent.

No. 474. THOMAS F. HOLDEN, PETITIONER, *v.* THE UNITED